UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-cv-275-FDW

| GIVONNO CARTER, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **ORDER** |
|  | ) |  |
| KENNETH LASSITER, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**THIS MATTER** is before the Court on the Defendants' Motion to Deem Waivers of Service of Summons Timely Filed, (Doc. No. 21), and on Plaintiff's Motion for Preliminary Injunction, (Doc. No. 19).

Defendants ask that their service waivers be deemed timely. They also request a 60-day extension of time to answer or otherwise respond to the Amended Complaint. The Court will deem the service waivers timely filed. The enlargement of time will be granted for good cause shown until March 12, 2019.

Plaintiff complains of various conditions of confinement and asks that he be transferred to another facility while this case is pending. To the extent Plaintiff realleges the claim for preliminary injunctive relief that he already filed, it is denied for the reasons set forth in the Order on initial review. See (Doc. No. 13 at 3). To the extent that Plaintiff raises new allegations, they are not sufficiently supported by factual allegations and it appears that they would need to be brought in a separate action. See generally Fed. R. Civ. P. 18(a), 20(a)(2).

**IT IS THEREFORE ORDERED** that

1. Defendants' Motion to Deem Waivers Timely Filed, (Doc. No. 21), is **GRANTED**

1

until March 12, 2019.

2. Plaintiff's Motion for Preliminary Injunction, (Doc. No. 19), is **DENIED**.

Signed: January 16, 2019

Frank D. Whitney
Chief United States District Judge